# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| In re Brian A. Brooner, ) | |
| ) | |
| ) | Case No. 22-43290-169 |
| ) | Chapter 7 |
| Debtor, ) | |
| ──────────────────────── ) | |
| ) | |
| Daniel J. Casamatta ) | |
| Acting United States Trustee ) | |
| ) | |
| Movant, ) | |
| ) | |
| ) | |
| Maxwell J. Groswald and ) | |
| Groswald Law, LLC ) | |
| Respondents. ) | |

## AMENDED RESPONSE TO UNITED STATES TRUSTEES' MOTION FOR EXAMINATION

COMES NOW, Respondents, Maxwell J. Groswald and Groswald Law, LLC ("Groswald") and brings forth this response.

1. Paragraph 1 calls for a legal conclusion to which admission or denial is not necessary.

2. Paragraph 2 calls for a legal conclusion to which admission or denial is not necessary.

3. Paragraph 3 calls for a legal conclusion to which admission or denial is not necessary.

4. Admits.

5. Admits.

6. Admits.

7. Admits.

8. Admits.

9. Admits.

10. Admits.

1

11. Admits.

12. Admits.

13. Admits.

14. Admits.

15. Admits.

16. Denies.

17. Denies. By way of further answering, Mr. Groswald provides a signed copy to each client.

18. Admits.

19. Paragraph 19 does not require admission or denial. To the extent an answer is required, denies.

20. Paragraph 20 does not require admission or denial. To the extent an answer is required, denies.

21. Paragraph 21 does not require admission or denial. To the extent an answer is required, denies.

22. Paragraph 22 does not require admission or denial. To the extent an answer is required, denies.

23. Paragraph 23 does not require admission or denial. To the extent an answer is required, denies.

24. Paragraph 24 does not require admission or denial. To the extent an answer is required, denies.

25. The document speaks for itself. To the extent that paragraph 25 requires an answer, denies.

26. The document speaks for itself. To the extent that paragraph 26 requires an answer, denies.

27. The document speaks for itself. To the extent that paragraph 27 requires an answer, denies.

28. The document speaks for itself. To the extent that paragraph 28 requires an answer, denies.

29. Paragraph 29 does not require admission or denial. To the extent an answer is required, denies.

30. Paragraph 30 is a legal recitation that does not require an answer. To the extent that an answer is required, denies.

31. Paragraph 31 is a legal recitation that does not require an answer. To the extent that an answer is required, denies.

32. Paragraph 32 is a legal recitation that does not require an answer. To the extent that an answer is required, denies.

33. Paragraph 33 is a legal recitation that does not require an answer. To the extent that an answer is required, denies.

34. Paragraph 34 is a legal recitation that does not require an answer. To the extent that an answer is required, denies.

35. Denies.

36. Paragraph 36 does not require an answer. To the extent that an answer is required, denies.

37. Paragraph 37 is a legal recitation that does not require an answer. To the extent that an answer is required, denies.

38. Denies.

39. Paragraph 39 is a legal recitation that does not require an answer. To the extent that an answer is required, denies.

40. Denies.

41. Denies.

42. Denies.

43. Denies.

44. Denies.

45. Denies.

46. Paragraph 46 is a legal recitation that does not require an answer. To the extent that an answer is required, denies.

47. The document speaks for itself and does not require an answer. To the extent that an answer is required, denies.

48. Denies.

49. Denies.

WHEREFORE, having fully answered, Mr. Groswald prays this Court deny the United States Trustees Motion for Examination of Fees; and for such other and further relief this Court deems just and proper.

Respectfully submitted,

/s/ Maxwell J. Groswald
Maxwell J. Groswald #65938MO
Groswald Law, LLC
P.O. Box 179343
St. Louis, MO 63117
P: 314-736-1275
F: 314-442-4116
E: maxwell@groswald.com

**Certification of Service**

I certify that a true and correct copy of the foregoing document was filed electronically on February 28, 2023 with the United States Bankruptcy Court, and has been served on the parties in interest via e-mail by the Court's CM/ECF System as listed on the Court's Electronic Mail Notice List.

/s/ Maxwell J. Groswald