UNITED STATES BANRKUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| In re Brian Anthony Brooner, et al., )<br>)<br>)<br>Debtors. )<br>) | Case Numbers 22-43290-169<br>22-43137-357<br>22-43166-659<br>22-43468-169<br>22-43539-659 |
| Daniel J. Casamatta, )<br>Acting United States Trustee, )<br>Movant, )<br>v. )<br>Maxwell J. Groswald and )<br>Groswald Law, LLC, )<br>Respondents. ) | Chapter 7 |

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 22, 2023, Trial Attorney Carole J. Ryczek served a copy of the United States Trustee's Responses and Objections to Maxwell Groswald's First Set of Requests for Admissions via First-Class United States mail, postage prepaid, in an envelope addressed as follows:

> Mr. Maxwell Joseph Groswald
> Groswald Law, LLC
> P.O. Box 179343
> St. Louis, MO 63117

Dated: May 22, 2023

Respectfully submitted,

DANIEL J. CASAMATTA
Acting United States Trustee

PAUL A. RANDOLPH
Assistant United States Trustee

By:  /s/ *Carole J. Ryczek*
Carole J. Ryczek
Trial Attorney
Office of the United States Trustee
Bar No. 6195873IL
111 South 10th Street
Suite 6.353
St. Louis, Missouri 63102
Telephone: 314.539.2982
Fax: 314.539.2990
carole.ryczek@usdoj.gov